

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANH VAN NGUYEN,

    Plaintiff,

v.

D. K. SISTO,

    Defendant.

No. C-11-02647 JW (PR)

ORDER OF DISMISSAL

Plaintiff, a prisoner presently incarcerated at Folsom State Prison in Folsom, California, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 against D. K. Sisto, the warden of Folsom State Prison. The complaint is incomprehensible at best. The statement of claim consists of sentence fragments. Plaintiff's incomprehensible complaint is DISMISSED as frivolous because it is without an arguable basis in law. See Jackson v. Arizona, 885 F.2d 639, 641 (9th Cir. 1989).

The Clerk shall enter judgment in accordance with this order, close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED July 27, 2011

JAMES WARE
United States District Chief Judge

G:\PRO-SE\JW-SF\CR-11\Nguyen-11-2647-dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHANH NGUYEN,

        Plaintiff,

v.

D.K. SISTO et al,

        Defendant.

        Case Number: CV11-02647 JW

        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chanh Nguyen V-07324
Folsom State Prison
B5AA1-11L
300 Prison Road
P.O. Box 950
Folsom, CA 95763

Dated: July 28, 2011

        Richard W. Wieking, Clerk

        *Susan Imbriani*

        By: Susan Imbriani, Deputy Clerk